IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-CR-00129-01-BCW |
| ) | |
| DUSTY A. PEOPLES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. #46) denying Defendant's Motion to Suppress All Evidence Seized as the Result of the Unlawful Search of Dusty Peoples' Motel Room (Doc. #32). Defendant filed objections (Doc. #49) to the Report and Recommendation. Defendant objects to the factual findings and legal conclusions contained in the Report and Recommendation and specifically objects to the holding that the warrantless search of his motel room was supported by his "eviction" from the room by the motel.

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendant's objections (Doc. #49) are OVERRULED. It is further

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #46), Defendant's Motion to Suppress All Evidence Seized as the Result of the Unlawful Search of Dusty Peoples' Motel Room (Doc. #32) is DENIED. It is further

1

ORDERED that Magistrate Judge Hays's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: November 18, 2015 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT